In the Southern

District of Texas federal

Houston Tx

United States Courts
Southern District of Texas
FILED

FEB 24 2020

David J. Bradley, Clerk of Court

Brody Herr

V

Lorie Davis

Civil action - H -
02594

Suit to Dispensation

Details of Pertaining

a Pardon

Here come Brody Herr Pro se, Litigant

?a 1

# Declaration of fact

: In 2018 <u>President Trump</u> on action:

Civil action - H-02594 to give a

conditional Pardon on Record To Brody

Wayne Herr
                                        or 3/

: In 2018 Docket entry <u>#30</u> Dispensation

did in fact give a without preSadice Declaration

To a motion of Time Bar as agreed to

to Recieve Presidential pardon in full on

Record in 2018 criminal action <u>6;17-CV</u>
                                          <u>0259</u>

and civil action: <u>Civil action - H-02594</u>

: On January 9 of 2019 action Became

with PreSadice as Time barred as agreed

By conditional Pardon from President Tramp

P2

On Same action @ 4:17CV-02594 and

civil action-H-02594 On docket entry #

32

• Dockett entry #41 on 1/31/20 Notice #

20200131-66 stated as Recearched

that a Pardon did in fact exist But that

a Bench warrant was unwarranted To

To Recieve "His Pardon" Pertaining to my

pardon on a motion For Bench warrant

to Washington D.C.

• Dispensation is Warranted in the 1st

District OF Washington D.C. Supreme court

To Justify Request OF information On

How to Recieve said Pardon

P3

' In accordance with the Freedom of
Information act of 2000 and something
De Gnd The

AeDPA the conditions of a pardon
Prior too and after the fact are
Placed on a Pablic Record In Eparte

Brody Hear It was stated that I prosel try

Be Released from prison spend 6 weeks
Free and then the pardon would be supplied
I have been Released from prison 4 Reasons
and Because of actions Outside of my Control
Been Placed back in prison

' 1 time was because a nurse Held me at gun
Point smuggled me in to Jester 4 because She
' was told I escaped
' I was Because of a misunderstanding as

To where I was to go when Released
my paper said 1 address and a name
was supplied so I went to the place where
the name stated I go to Her last know
address which I assumed that she lived (my wife)
: I was Because my family thought I was
lost and needed to go to a different Place
Because the possibly of 2 different
declared addresses existed

: 1 I sued th federal court for and
was awarded and never Recieved
: of one mellisa Diane Herr (maiden) Black
: 1 my fathers address in Hempstead
   at Carry Herr
      24539 Joseph Rd
   Waller Tx 77445

: I was Because I went to the correct location
and a cop Showed up Took me to county

Because I was supposed to Be Released On a specific day Detained in prison longer at the walls Had Been out of prison less than 3days told To Report to the sherriffs Department within 7days Had Been setting On my Porch For 4hours and Because of this misunderstanding Because I had to walk most of the way to my house and was well within my Rights, forced to sign a contract to an interteminant date to be Released from prison was Returned to prison. as in incompetent understand of the fact of my Legal Right and Recieved a new charge Of failure To Register which was To detain me illegally : I have been approved For Diplomatic Resonable percieved Immunity prior to each episodes

: The Conditions of my Pardon are to stringent
and Too strict a 6week Time lapse is
Too long of a Time To wait Because Institutions
are not on the same page

: Stated on Record in 2018 President Trump
stated that I need To Remain Case free
not touch any Body to Recieve my Pardon
I have

: He also stated since it was His 1st such pardon
He wanted to make sure it was done properly
He would write it up and make it happen

I have been 2 years and Had 1 case total major
and minor

: in these 2 years Stood down on every occasion
and not instigated a single Fight or altercation
But have been Beat almost 15 Time in attempt
to Recieve this stipulation of the pardon
and Been incapable of Defending myself
77

• The Record was <u>Redacted</u> To ensure Privacy To all parties

• <u>President Trump</u> Did in fact state that If I wanted on Record Details for Said Pardon He would Supply them 1 time

• I have not Recieved Details Of Said Pardon

Brody Herr

In the Southern
District of Texas
Houston Division Federal

Brody Herr

V

lorie Davis

Civil action - H-
02594

Motion for Oxoneration
OF failure To Register

Here come Brody Herr Pro-se litigant
To be Hear and Humble asks for
Component review fina... DID

Declaration of facts, prior, and Pertaining
To case Run concurrent in the tSS Distri
Of Waller Tx and contract of plea
Concurrent with Federal cause 4:17-CV
-02594 and civil action - H-02594,
Diplomatic Immunity Recieved in September
10 of 2018 & Eparte Brady Herr
make Detainment of this nature Illegal
and unconstitutional and Because of pending
Pardon was tricked by county officials
to sign contract without Full explaination of
legal Rights prior to signing contract It
is my wish and desire to Be free from
Prison and have my Record expunged
with exoneration of charge in acordance with
Jackson v Virginia So these charges can Be

Pll

seen forth as one and Judgment can be Blanketted"
on all Declerations of illegal dispensation
If Time is Being served "concurrently" on both
charges, Because of suit civil action - H02594
Registration in this nature is illegal to expect
of me and full on Record of continues
nature in 2018 the 1st District and in
Exparte Brody Herr It was Declared that
Brody Wayne Herr 463-730344 was not
Required to Register as a sex offender
Because of innocence and expected Full Presidental
Pardon Because of a mix in comunication
He was charged on Record and Black mailed
By Judge to in Quote He said I would
Be charged with other ~~crimes~~ crimes or
He would stack my time if I did not sign
plea and would not Here my pleas that

pg 212

I had Diplomatic Immunity Which is

on a central Data Base for all Judges to

see an open plea was signed and

dispensation was Filed I t is the Belief

Of me and My hopefull Administration

Of the facts that I have Proven that

the county tried to suppercede a Presidential

order to allow me to Recieve such pardon

By Requiring me to employ strict adhearance

to presidential contract of a plea agguement

By Between Barrack obama and Brock Wayne Hen

signed in October or november of 2013

this contract was seen as too strict and

and constitationaly un viable By the 1St District

Of the supreme court on Record in 2018

2017

In accordance with the Declerations signed By
the Supreme court it was ordered that any time
a Question was placed upon me as to a menial
nature of legal Dispensation arose On Brady W. H___
He was to be Reffered to a mental Hospital
Not a TDCS Facility Or Record as to the
Word of all in attendance inclunding Donald
J Trump The Judge Of the 155th District
Did in fact state On Record and moned To
strike off Record the fact that on a continual
Basis He would Pursae my Perminant Placerment
Incarcerated for Crime a highere court exeronerate
me on By keeping me detained in a mental
Hospital to Supercede afore mentioned Presidential
Order of leaving me alone and Decleration
Of Diplomatic Immunitye Would Be Fore Gone

PG 14

and over Rode in saying So I was
<u>Black mailed</u> into accepting a contract
to Return to prison and am Requesting
an immediate Release upon my on Freedom
I am also Requesting to know when
my contract I up on this open Plea
Since it was an <u>indeterminate</u> date upon the
Future." <u>Judge stienhauser</u> of the 155th District
State fall under the Record that He would
not, Be objective party in my case
and would Pursue Illegal Detainment upon
me for So much as a class c misdemeanor, Refuse
Bond on all, and Hassle Pursue and stalk
me till I was permiantly detained in a
Penal institute for all and every Future
infraction of the law. that the declerations of
P 15

Suit against the Federal courts Civil action
-H-02594 for my winnings and use
Tax Revenue to Purposfully Deplete
my Winning on the Record in Dave of 20%
and when the occasion arose that the
county Refused to do His "Bidding" He
would move counties and start over Deplete
all fands from Budgets to place me
in Jail because I "fackd" His wife
One good time (after He gaveme Permission
to I did so Because He said He was
sterile and He said He wanted to Raise
"an Intelligent Child and Knew I would
(give him one) not on Record She complied

Pg II

I did not Rape Her she ask me too It is
my Opinion and my Prayer to the courts
to see mr Stientanser as a Sociopath
Power Hungry and incaple of being objective
in 10 counts of my declared Innocence
where He and Judge mccaaig in Tondemn
Presided over my case as follows I call
into Question Judge Hargove of precienct
2 in fieldstore Tx or Waller Tx where
I provided evidence in suit for Immediate
Release and declerations of innocee
After Being in carcerated by this team
of Judges that have placed Hundreds
of Detained People on @ illegal contracts
to come Back to Prison as "consultants"
or atleast Day 17

that is the version that we were given to

Return an plea to a guilty or nolo Contendre

decleration and would be compensated by

TDCJ and the County that we were

not gotten in Recompence evidence

was given to the First district of

Washington D.C. in 2018 and Class

A suit was Declared dispensation was

Posponed pending Investigation now that

these men and women trying to "Bolster"

#s in Jails for enBetterment of federal

Funds to pocket them selves without

notice of the federal goverement or Pem

are close to being caught they are trying to tie loose ends the inmates I Represent as a <u>Bar</u> associated attourney with a <u>nation Bar card</u> and <u>5 8 different Doctorates</u> from Oxford and an <u>expert opinion</u> in Declared By US goverment am Declaring that the men and women of waller are victims of corrupt law making By the 155 th district 1 Judge mccaig 2 Judge Strenhauser 3 the District Attourney an Prosecator at a term in 2005 mr Calvin Garvie Attourney

pg 19

Because contracts were drafted signed
and put forth to admister a despensation
Declared unconstition to offenders starting
with a case study I llegally founded
and funded by federal courts on a
corrupt Basis the Corrupt study was
Based on a contract Read and signed
By me in 2004 Between me and
the 5th district to end 15 years later
in 2019 based upon a Psycaitric
Parsuit to understand ~~the the~~ the mind
and delusional thought Processes the
study itself was not seen as
corrupt But the nature of term

of 15 years without fore funds
Present funds was Waller County
and the 155 th district were not
privy to knowledge of this study
I was considered a double blind study
and served as a proxy By me to catch
as a serving MP & FBI agent #s
not present Brock Herr 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
to plug a leak in federal expenditure
that I saw as Back alley Judge deals
By the people named afore And fore
mentioned evidence given on Record in
the 1st District in 2018 connected to

Cause # 4:17-CV-02594 in decleration
Of my Innocence of all charges
my Decleration of the Innocence
Of my clients in this suit from
this ord similar studies declared By
the 5th district in 2004-2006

Decleration of Fact

: Similar motion was Issued and
Denied as Dockett # 39 or 40
Because Investigation did not occur
yet and it was Requested that we wait
till it was Proven as a party to
a Presidental pardon

° President Trump Declared that he would not Reach a pardon for all parties

° It was proven that on a a case Basis that personally Mine was Declared and aproved on Record in your Records

° It was Declared that federal Judge stientauser was on Federal a Charges Of EnBetzellment of funds

° I Personally have Recieved no compensation in legal Fees for Class Suit Type

° I Recieved Personal Iheritance funds and monitary value from Suit on a Personal basis from lost Property and stolen funds in 2018 and compensation for Sevices Rendered to TDCX

In a monitary value Disclosed and Redacted By federal court also I was declared that these propertys lands titles and Trusts were mine and Un alicorable to be Retrieved by Tax Seizure or any other method of dispersah By the state or federal gaiement Redacted and non Redacted from the Record in 2018

In the southern district
Of Texas Houston division

the Defendant
OF TDCJ
Inmates
V

Ken Paxton
and lorie Davis
President Donald J Trump

() In Refference
() to Cause #
() 4:17-CV-02594
() Civil action—H-02594
() Cause anyandall
victims
() To Be Rendered
() By 1st District
() from the state of TX
() in (TDCJ) texas Dep
Of criminal
Justice

Suit Of conditional
Pardon

Here comes Brad W Herr To be Heard by

: As condition Declared to pardon

When need arrises for Crisis Intervintion

3 Offender should be placed in mental Hospital on a case basis in Dederation of mental Health to be Released when crisis intervention is set in Definition "offender" starts this process from the free world enters Hospital setting for no longer than 6 months to Be Reviewed By current mental Health standards

: as condition When Jail would be a Pertinant or optional setting offender would Be transported to mental facility with a "Delasional mind" Diagnosis after a mandatory ascessment of mental Health Delasional mind" Diagnosises can be

: A condition; Mental Health Provider Hold
Right to detain or Release offender
on Parole @ not to exceed criminal obligation
with Funds to be Paid in Same value
to the Same Place

: As condition; When Parole Revocation
occurts offender Returns to mental
Health facility

: A condition; the board of Revocation of
Parole and Judge must not Prejudice
offender Because of mental Health
Value and must allow for a more lax
congruent ladder to achieve actual
Diabolical freedom from mental stress
and "Curing" of Psyatric Problem

: As Condition; by partison of all parties save offender lesstude of monitary Gain Triple psyciatory cannot be employed because of stressfull forturous nature of Program Foand in study Of the 5th circuit by Delusional minds If foard to be employed gain will Be employed to Protect mental property by fedoral goverment

: As Condition; Participants will Be Imrediately Released upon full exoneration of Record and expungment of crimes with a central Data base of mental Health Records To be administered By the federal goverment

Pg 26

: As condition; all 10 of the offenders Bill of Rights Rights are Returned without Restrictment by federal government State Government Or County officials non excasitory

: As condition; monitary gain will Be awarded for Detainment Period $120,000 a year for Participants in the study Plus an additional 120,000 dollars a year for Detainment in a penal setting to include Time in Freedom on a basis that participines couldn't procure imployement and an addition Flat time street time good time and work Time annul accraement of 80,000 a year and that additional $120,000 a year for protection of mental property because of employement of triple psycology by federal court employees of the ETI district

: As Condition; Members are placed in care of MHMR and a Hospice nurse is assigned When Released to Home setting With Family to be funded by By State and Federal Revenue through MHMR

: As Condition; Penal Perceptions are not Recognized By State or Federal civil Or misdemenor causes Save for Clause A; to award in Future as Life in betterment

— Clause A <u>premeditated murder</u>
<u>serial murder</u>
<u>serial Rape</u> as clause
B; exempts by P exempts

— Clause B <u>Hauser v</u>
<u>Gonzalez</u> combined for and forth in <u>exparte</u>

Pg28 Berk Ve

## <u>Actual Rape</u>

not Pertaining to clause A or B

But Defined as Forced Sexual contact of a non consentual Basis Proven in a court of law

"As condition; MHMR has to "Keep" and not "Drop" care and providement of clients of a mentaly Restricted nature

In the Federal District
Of Tx Houston Division

Brody Kerr )
)
)
V )
)
)
President )
Donald J Trump )
and listed parties )

## Suit of full
## un Conditional pardon

Here Comes Brody Kerr Poose Litigent
Full of Bar on a national card

(new and un numbered ISSnd on Record
But never tried or used till today
in 2018)(Pertaing to alternate Sait
to clear Record on Research)
I hear by do place in Sait, Suite
President Donald J Trump the Sth
District 1 st district and the united states
Of america Texas Ken paxton lorie
Davis and the Directors of (TDCJ)
Texas Department of criminal Justice
For the Totallity of my winning a peminant
address in the free world a day to Be
Heard on a Certificat of Appelibility
exoneration of Total Record monitary gain
For Harrassme

Immediate Release access to Recources

Including money, or my Book for the Remainder of

~~or a fair future~~ ~~and probate funds is save~~

Inviroment for my Bite at the apple

Declaration of fact: I am Currently

Indigent and do not have access to

fands and winnings and at gun point

was smuggled Back onto this prison

∘ I described all in this Packet of information

∘ God damey it I won IF that don't

Take the cake, (obJection noticed and

Redirected)

Paid for by TPCJ off a falls ~~[illegible]~~

Certificate of service

I here By do declare this
Was Placed in the prison mail
service on 2/12/20

In The Southern
District of Texas
Houston Division

Brody Kerr 1896281                    §
                                     §        4:17-CV-02594
                                     §        Civil action ~ H-02594
        V                            §
Lorie Davis

Suit For double Portion
Sandwiches  "Hypo"

Here comes Brody Herr prose litigant in the following I come to
Be Heard of non-supplication of a plea aggreement
By the Party of the state as follows to a Presidental
contract signed in a plea Between Barrack obama and
Brody Herr to Be administered by the state  ex parte
                                                  Brody Herr
• Points are non effective                    disposition

   • double portion sandwiches are not administered
   • full spend paid for by the state is not
     administered
   • I have no property I has all been confiscated
   • I am not allowed legal supplies
   • I was placed in a cell previously and mowed now
declaration of facts with a man that tried to rape me by the follow
    non contested

Return of a grievance # 2020050539  Rec 12/16/19
grievance code 500 Investigator ID I 1148 extension

Certifiate of Service   I Lere by do declare that a Full and True copy Was sent to 1 destination because Of the fact that I m only allowed to Send one letter a week legal

On  2/13/20

Brodgker

# Texas Department of Criminal Justice

D3-13

**STEP 1** OFFENDER GRIEVANCE FORM

ACCEPT AS ORIGINAL

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2020050539 |
| Date Received: | DEC 1 6 2019 |
| Date Due: | 01-25-2020 |
| Grievance Code: | 500 |
| Investigator ID #: | I1148 |
| Extension Date: | 03-05-2020 |
| Date Retd to Offender: | FEB 1 2 2020 |

Offender Name: Herr, Brady TDCJ # 1896281

Unit: 54 Housing Assignment: E239

Unit where incident occurred: 54

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Serta When? 11/12/19

What was their response? To go Higher up to another chain

What action was taken? To write a grievance FEB 1 2 2020

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On the time and date of 11/12/19 at Break fast chow the officers did not Bring me my double Portion Hy PD Sandwich I only Peanut Butter and Jelly Sandwich that would have slaked my hunger FEB 1 2 2020

I-127 Front (Revised 11-2010) YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)

Appendix F

I-127 Back (Revised 11-2010)

Medical Signature Authority: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

GI Printed Name/Signature: _____

[ ] 11. Inappropriate. *
[ ] 10. Illegible/Incomprehensible. *
[ ] 9. Redundant, Refer to grievance # _____
[ ] 8. The issue presented is not grievable.
[ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
[ ] 6. No requested relief is stated.
[ ] 5. No documented attempt at informal resolution. *
[ ] 4. Inappropriate/Excessive attachments. *
[ ] 3. Originals not submitted. *
[ ] 2. Submission in excess of 1 every 7 days. *
[ ] 1. Grievable time period has expired.

*Resubmit this form when the corrections are made.

Returned because:

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Signature Authority: _____    Date: 2-12-2020

Your grievance has been investigated and there was no evidence to substantiate your allegations. This investigation disclosed that you are not on the Unit's Hypercaloric Diet list. No further action warranted in this matter.

Action Requested to resolve your Complaint: _____

Offender Signature: _____    Date: 11/13/19

To Receipt my Grudices

FEB 12 2020

ACCEPTED AS ORIGINAL
FEB 12 2020

Grievance Response: _____

**OFFICE USE ONLY**

Initial Submission

UGI Initials: _____

Screening Criteria Used: _____

Grievance #: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

2nd Submission                UGI Initials: _____

Screening Criteria Used: _____

Grievance #: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

3rd Submission                UGI Initials: _____

Screening Criteria Used: _____

Grievance #: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

Brad Odar 18962581
Iestory
4 Sestory Rd
Richmond Tx 77806

Legal mail

Ruth Service
Requested

Federal courts Judge ma Jurie
CD district clerk Clerk District
515 Rusk st
Houston Tx 77002





United States Courts
Southern District of Texas
F I L E D

FEB 24 2020

David J. Bradley, Clerk of Court